Austin W. Anderson (Admitted Pro Hac Vice in MDL 1699 per Judge Breyer's PTO)
WATTS GUERRA CRAFT, L.L.P.
2506 N. Port Avenue
(361) 693-3100
(361) 882-1261 [Fax]
aanderson@wgclawfirm.com

Attorneys for Plaintiff, Bonnie Stevens

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATIONS | MDL No. 1699 |
| BONNIE STEVENS,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>Defendants | Case No. C 07 1958<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

Comes now the Plaintiff, Bonnie Stevens and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby stipulate to the dismissal of this action as to Bonnie Stevens only without prejudice and with each side bearing its own attorneys' fees and costs.

1  Should Plaintiff or a representative of Plaintiff attempt to re-file claim against

2  Defendants, they shall do so only by re-filing in the United States District Court.

10  DATED: March 24, 2009                    WATTS GUERRA CRAFT LLP

13  By: _____
    Austin W. Anderson
14  Attorney for Plaintiff

16  DATED: March 20, 2009                    DLA PIPER LLP

18  By: _____
    Michelle W. Sadowsky
19  Attorney for Defendants

21  PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

23  DATED: ___Oct. 6_, 2009

    Hon. Charles R. Breyer
    United States District Court

    IT IS SO ORDERED
    Judge Charles R. Breyer